ACCEPTED
04-13-00757-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/9/2015 4:45:43 PM
KEITH HOTTLE
CLERK

CAUSE NO. 04-13-00757-CV
IN THE COURT OF APPEALS FOR
THE FOURTH DISTRICT AT SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
02/9/2015 4:45:43 PM
KEITH E. HOTTLE
Clerk

**Michael Tatsch,**
*Appellant,*

v.

**Chrysler Group LLC and
Infinity County Mutual Insurance Company,**
*Appellees.*

On Appeal from the
216th Judicial District Court of Gillespie County, Texas
Trial Court Cause No. 12977

## NOTICE OF NAME CHANGE OF APPELLEE CHRYSLER GROUP LLC

PLEASE TAKE NOTICE that effective December 15, 2014, Appellee previously known as Chrysler Group LLC is now known as FCA US LLC, pursuant the Certificate of Amendment attached hereto as Exhibit A, and incorporated herein for all purposes.

Respectfully submitted,

**BEATTY BANGLE STRAMA PC**
400 West 15th Street, Suite #1450
Austin, TX 78701
(512) 879-5050; (512) 879-5040 (FAX)

By: _____/s/  Matthew R. Beatty_____
Matthew R. Beatty
State Bar No. 24001169
mbeatty@bbsfirm.com
David A. Polsinelli
State Bar No. 24088238
dpolsinelli@bbsfirm.co

**ATTORNEYS FOR APPELLEE CHRYSLER GROUP LLC, NOW KNOWN AS FCA US LLC**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing document has been served on the following counsel by fax in accordance with Texas Rule of Appellate Procedure 9.5 and this Court's Local Rules on February 9, 2015:

Craig M. Patrick
Patrick Law Firm, PC
3333 Lee Parkway, Suite #600
Dallas, TX 75219
(214) 665-9510
(214) 665-9511 (FAX)

Sharla J. Frost
Gwendolyn S. Frost
Shawn D. Golden
Wilson Elser Moskowitz Edelman & Dicker LLP
Two Houston Center
909 Fannin, Suite 3300
Houston, Texas 77010
(713) 353-2000
(713) 785-7780 (FAX)

/s/ Matthew R. Beatty
Matthew R. Beatty
David A. Posinelli